1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11   ELMER MEGALLON,                      CASE NO.  2:08-cv-01497-LRH-PAL

12            Plaintiff,                  **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

13      v.

14   NATIONAL CASUALTY COMPANY, a
     corporation; SCOTTSDALE
15   INSURANCE COMPANY, a
     corporation; DOES 1 through X,
16   inclusive; and ROE CORPORATIONS
     I through X, inclusive,
17
              Defendants.
18

19       WHEREAS, the parties to this litigation participated in a

20   court ordered settlement conference held on October 13, 2010,

21   which resulted in an agreement for the settlement of all of

22   plaintiff's causes of action and claims alleged against the

23   defendants relating to the automobile accident described in the

24   plaintiff's complaint,

25       IT IS HEREBY STIPULATED AND AGREED by and between

26   Tamara v. Lile, Esq. of Vannah & Vannah, counsel for plaintiff

27   and Theodore J. Kurtz, Esq. of Selman Breitman LLP, counsel for

28   the defendants that plaintiff's complaint may be dismissed with

                                     1

1  prejudice against defendants with each party to pay their own
2  attorneys' fees and costs.
3      IT IS ALSO STIPULATED AND AGREED that the trial date of
4  December 7, 2010 may be vacated.
5  DATED: October 29, 2010   SELMAN BREITMAN LLP

7  By:  */s/ Theodore J. Kurtz*
8  THEODORE J. KURTZ (SBN 1344)
   3980 Howard Hughes Pkwy., #400
   Las Vegas, NV 89169
9  Telephone: (702) 228-7717
   Attorneys for Defendants
10 NATIONAL CASUALTY COMPANY; AND
   SCOTTSDALE INSURANCE COMPANY

12 DATED: October 29, 2010   VANNAH & VANNAH

14 By:  */s/ Tamara V. Lile*
   TAMARA V. LILE (SBN 10661)
15 400 S. Fourth Street, 6th Floor
   Las Vegas, NV 89101
16 Telephone: (702) 369-4161
   Attorneys for Plaintiff
17 ELMER MEGALLON

ORDER

DATED this 1st day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE